IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TERRY SCOTT CASKEY, | : |
| Plaintiff, | : Case No. 2:20-cv-1549 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Kimberly A. Jolson |
| NATHAN FENTON, *et al.*, | : |
| Defendants. | : |

## VERDICT AND DAMAGES

### Claim 1 – Unlawful Arrest:

1. On Plaintiff Terry Caskey's federal civil rights claim for **unlawful arrest** against Defendant Officer Nathan Fenton, we find in favor of (check one)

   __✓__ Plaintiff Terry Caskey

   _____ Defendant Officer Nathan Fenton

2. On Plaintiff Terry Caskey's federal civil rights claim for **unlawful arrest** against Defendant Officer Charles Harshbarger, we find in favor of (check one)

   __✓__ Plaintiff Terry Caskey

   _____ Defendant Officer Charles Harshbarger

### Claim 2 – Malicious Prosecution:

3. On Plaintiff Terry Caskey's federal civil rights claim for **malicious prosecution** against Defendant Officer Nathan Fenton, we find in favor of (check one)

   _____ Plaintiff Terry Caskey

   __✓__ Defendant Officer Nathan Fenton

4. On Plaintiff Terry Caskey's federal civil rights claim for **malicious prosecution** against Defendant Officer Charles Harshbarger, we find in favor of (check one)

_____ Plaintiff Terry Caskey

\_\_✓\_\_\_\_ Defendant Officer Charles Harshbarger

*Complete the remaining questions only if at least one of the above findings is in favor of Plaintiff Terry Caskey*:

We find Plaintiff's **compensatory damages** to be:

$ 350,000                                         [*state the amount, if any, of compensatory damages you assess*].

You may not award punitive damages against any Defendant Police Officer unless you have first found against that Defendant and awarded Plaintiff Caskey actual damages.

We assess **punitive damages** in the amount of:

$ 0                                               [*state the amount, if any, of punitive damages you assess*].

These **punitive damages** are assessed against the following Defendants:

                                                  [*state which Defendants, if any, you assess punitive damages against*].

We the jury so render our verdict upon the concurrence of those members who have signed below. All jurors must agree. Each juror concurring in this verdict signs his/her name hereto.

SIGNED THIS \_21\_ DAY OF JULY, 2023.